COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DONNA J. BROWN, | § | No. 08-10-00001-CV |
| Appellant, | § | Appeal from the |
| v. | § | |
| HOBBY LOBBY STORES, INC., | § | Country Court at Law No. 3 |
| Appellee. | § | of El Paso County, Texas |
| | § | (TC# 2007-5320) |
| | § | |

**MEMORANDUM  OPINION**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1).  Appellant has complied with the requirements of TEX.R.APP.P. 42.1(a)(1), and having considered the motion we conclude it should be granted as to the dismissal request.  However, Appellant also requests that this Court assess costs against the incurring party.  Texas Rule of Appellate Procedure 42.1(d) permits this Court to assess costs agsinst the incurring party only pursuant to an agreement between the parties.  *See* TEX.R.APP.P. 42.1(d)(stating that "[a]bsent agreement of the parties, the court will tax costs against the appellant.").  As the motion does not indicate the parties have agreed otherwise, we must tax costs against Appellant.  TEX.R.APP.P. 42.1(d).  Therefore, we GRANT Appellant's motion to dismiss, and DENY Appellant's motion to share costs.  The appeal is dismissed and costs will be taxed against Appellant.

February 25, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.